AT-135

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):*<br>RANDALL J. LEE, State Bar No. 144220<br>ALEXANDER F. PEVZNER, State Bar No. 221606<br>WALSWORTH, FRANKLIN, BEVINS & McCALL, LLP<br>601 Montgomery Street, 9th Fl.<br>San Francisco, CA  94111-2612<br>TELEPHONE NO.: (415) 781-7072  FAX NO. *(Optional):* (415) 391-6258<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* Plaintiff ASIA PACIFIC CHARTERING | FOR COURT USE ONLY |
|---|---|

~~SUPERIOR COURT OF CALIFORNIA, COUNTY OF~~ U.S.D.C, N.D. CA
STREET ADDRESS: 450 Golden Gate Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco  94102
BRANCH NAME:

PLAINTIFF: ASIA PACIFIC CHARTERING

DEFENDANT: FARSN, INC. and U.S. METAL RECYCLING, INC.

| **WRIT OF ATTACHMENT**<br>[X] **AFTER HEARING**       [ ] **EX PARTE** | CASE NUMBER:<br>C-09-4090 CRB |
|---|---|

1. TO THE SHERIFF OR ANY MARSHAL OR CONSTABLE OF THE COUNTY OF:  San Francisco

2. TO ANY REGISTERED PROCESS SERVER: You are only authorized to serve this writ in accord with CCP 488.080.

3. This writ is to attach property of defendant *(name and last known address):* FARSN, Inc., 2086 18th Avenue, San Francisco, CA  94116

   and the attachment is to secure:  $ 1,145,462.00

4. Name and address of plaintiff:  Asia Pacific Chartering, c/o Walsworth, Franklin, Bevins & McCall, LLP, 601 Montgomery Street, 9th Fl., San Francisco, CA 94111

5. YOU ARE DIRECTED TO ATTACH the following property or so much thereof as is clearly sufficient to satisfy the amount to be secured by the attachment *(describe property and state its location; itemize by letter):* All tangible or intangible assets, comprising inter alia, cash, funds, credits, debts, wire transfers, accounts, letters of credit, freight, sub-freights, charter hire and/or sub-charter hire, including but not limited to assets at, being transferred through, or being transferred and/or wired to or from banking institutions or such other garnishees, including but not limited to Wells Fargo Bank, Citibank and Bank of America, which assets are due and owing to APC and are subject to attachment.
   [ ] This information is on an attached sheet.

6. [ ] An interest in the real property described in item 5 stands upon the records of the county, in the name of the following person other than the defendant:
   a. Name:
   b. Mailing address, if known, as shown by the records of the office of the county tax assessor *(specify):*

7. [ ] The real property on which the
   [ ] crops described in item 5 _____ are growing
   [ ] timber described in item 5 _____ to be cut is standing stands upon the records of the county in the name of
   a. Name:
   b. Address:

[SEAL]

RICHARD W. WIEKING

Date: December 3, 2009     Clerk, by _____, Deputy

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
AT-135 [Rev. January 1, 2003]

**WRIT OF ATTACHMENT**
**(Attachment)**

Legal Solutions Plus

Code of Civ. Proc., § 488.010